UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Jammie Lea Barnes

Case No.: 23-20895-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

### NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on January 30, 2024 , at 11:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 602 Hulton St, Carnegie, PA<br>(FMV $195,000.00) |
|---|---|

| Liens on property: | $142,470.00 - Lakeview Loan Servicing<br>$28,235.57 - US Dept of HUD<br>$11,726.84 - US Dept of HUD |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Andrew Sklar, Chapter 7 Trustee

Address: 20 Brace Road, Suite 205, Cherry Hill, NJ 08034

Telephone No.: 856-258-4050

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-20895-JNP |
| Jammie Lea Barnes | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 28, 2023 | Form ID: pdf905 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jammie Lea Barnes, 36 Hudson St., Gibbstown, NJ 08027-1108 |
| aty | + | Marisa M. Cohen, McCabe, Weisberg & Conway LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 520091105 | + | Duquesne Light Company, PO Box 371324, Pittsburgh, PA 15250-7324 |
| 520091796 | + | Karen Barnes, 36 Hudson St., Gibbstown, NJ 08027-1108 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 28 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 28 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2023 20:29:00 | PNC Bank N.A, PO Box 94982, Cleveland, oh 44101 |
| 520094725 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 28 2023 20:40:34 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520091101 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 28 2023 20:40:29 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520100153 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 28 2023 20:40:27 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520091102 | | Email/Text: documentfiling@lciinc.com | Dec 28 2023 20:29:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 520091103 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 28 2023 20:40:17 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520091104 | + | Email/Text: mrdiscen@discover.com | Dec 28 2023 20:29:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520095691 | | Email/Text: mrdiscen@discover.com | Dec 28 2023 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520091106 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 28 2023 20:30:00 | GEICO Casualty Company, Attn: Credit Collection Services, Two Wells Avenue, Newton Center, MA 02459-3225 |
| 520091107 | ^ | MEBN | Dec 28 2023 20:29:11 | Hayt Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 520091108 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 28 2023 20:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520091109 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 28 2023 20:29:00 | Lakeview Loan Servicing, LLC, PO Box 8068, |

Case 23-20895-JNP   Doc 11   Filed 12/30/23   Entered 12/31/23 00:11:17   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 28, 2023 | Form ID: pdf905 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | Virginia Beach, VA 23450-8068 |
| 520091110 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 28 2023 20:30:00 | Midland Funding, LLC, 320 East Big Beaver Road, #300, Troy, MI 48083-1271 |
| 520091111 | | Email/Text: bankruptcies@penncredit.com | Dec 28 2023 20:29:00 | Penn Credit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110 |
| 520091114 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2023 20:29:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 520091112 | + | Email/Text: csc.bankruptcy@amwater.com | Dec 28 2023 20:30:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 520091113 | ^ | MEBN | Dec 28 2023 20:29:17 | Peoples, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 520091115 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2023 20:40:26 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 520091117 | | Email/Text: amieg@stcol.com | Dec 28 2023 20:29:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 520091116 | | Email/Text: clientservices@sourcerm.com | Dec 28 2023 20:30:00 | Source Receivables Mgt., PO Box 4068, Greensboro, NC 27404-4068 |
| 520091118 | ^ | MEBN | Dec 28 2023 20:27:57 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520091119 | | Email/Text: bankruptcy@sunrisecreditservices.com | Dec 28 2023 20:29:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 520091120 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 28 2023 20:40:28 | SyncB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 520091121 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 28 2023 20:40:19 | SyncB/Value City Furniture, PO box 965036, Orlando, FL 32896-5036 |
| 520111263 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 28 2023 20:40:28 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520091122 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 28 2023 20:40:28 | U.S. Dept. of HUD, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520091123 | + | Email/Text: LCI@upstart.com | Dec 28 2023 20:29:00 | Upstart Network, Inc., 2950 S Delaware St, Ste 300, San Mateo, CA 94403-2580 |
| 520091124 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Dec 28 2023 20:30:00 | WesBanco Bank, Inc., 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 28, 2023 | Form ID: pdf905 | Total Noticed: 34 |

Date: Dec 30, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew Sklar | andy@sklarlaw.com  NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com;kathleen@sklarlaw.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Jammie Lea Barnes rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5