Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−20895−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jammie Lea Barnes
   36 Hudson St.
   Gibbstown, NJ 08027

Social Security No.:
   xxx−xx−8387

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Jerome Davis , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

602 Hulton St, Carnegie, PA

Dated: January 24, 2024
JAN: jgd

                          Jeanne Naughton
                          Clerk